IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ZYPREXA<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1596 |
| THIS DOCUMENT RELATES TO: | |
| INNOCENZO TRINGALI, on Behalf of Himself<br>and All Others Similarly Situated, | No. 04 CV 2104 (JBW) |
| Plaintiffs, | |
| v. | |
| ELI LILLY AND COMPANY,<br>Defendant | |

## STIPULATION OF VOLUNTARY DISMISSAL OF
## ALL REMAINING CLASS CLAIMS

WHEREAS, plaintiffs have filed a putative class action on behalf of Zyprexa users;

WHEREAS, Eli Lilly and Company has answered the complaint;

WHEREAS, by Stipulation approved and Ordered by the Court on September 27, 2004, the parties previously dismissed without prejudice all personal injury claims made on behalf of any class or subclass as of November 1, 2004;

WHEREAS, no motion for class certification has been filed and no class certified;

NOW THEREFORE, pursuant to Rule 41(a), plaintiff hereby dismisses all remaining claims made on behalf of any class with prejudice. Plaintiff's individual claims, however, shall continue.

_____
Kenneth Gilman
GILMAN AND PASTOR, LLP
60 State Street
37th Floor
Boston, MA 02109
(617) 742-9700

Dated: 8/22/2005

_____
Nina M. Gussack
Anthony C.H. Vale
Matthew J. Hamilton
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA  19103
(215) 981-4000

Dated: 8/29/05